**FILED**

OCT 2 2 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL ACOSTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. **12 1723** |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

The instant complaint is substantially similar to that filed in *Acosta v. Federal Bureau of Investigation*, No. 12-1578 (JEB), and it will be dismissed as duplicative.

An Order consistent with this Memorandum Opinion is issued separately on this same date.

*[signature]*
United States District Judge

DATE: *October 15, 2012*